■

**C.H.**

v.

**FRANKLIN CTY. DEP'T
OF HUMAN RES.**

2140321

Court of Civil Appeals of Alabama.

02/12/2015

Dismissed

■

**P.E.N.**

v.

**In re: M.N., a minor child**

2140326

Court of Civil Appeals of Alabama.

02/25/2015

Dismissed

■

**S.S.**

v.

**T.R.M.**

2140333

Court of Civil Appeals of Alabama.

02/10/2015

Dismissed

■

**EX PARTE Andria B. ROWSER, Jr.**

(In re: Andria B. Rowser, Jr.

v.

Brandon K. Falls)

2140334

Court of Civil Appeals of Alabama.

02/25/2015

Mand. pet. dismissed

■

**Patricia M. SCHWARZ and
Richard H. Vissers**

v.

**COUNTRYWIDE HOME LOANS SER-
VICING AND NATIONSTAR
MORTG. et al.**

2140340

Court of Civil Appeals of Alabama.

03/18/2015

Dismissed

